No. 92-817. SOLDIER OF FORTUNE MAGAZINE, INC., ET AL. v. BRAUN ET AL. C. A. 11th Cir. Motions of National Associa-

tion for Information Services and National Rifle Association of America for leave to file briefs as *amici curiae* granted. Certiorari denied.